UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Ex Parte Application of<br>Yin Yen-Liang for an Order to Take<br>Discovery Pursuant to 28 U.S.C. § 1782 | Case No. |

## *EX PARTE* APPLICATION OF YIN YEN-LIANG FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 IN AID OF A FOREIGN PROCEEDING

Based upon the attached Declarations of Yin Yen-Liang and the exhibits attached thereto; and the incorporated Memorandum of Law in support of this Application, Yin Yen-Liang hereby moves the Court to grant this Application and enter the Proposed Order (attached to this Application) pursuant to 28 U.S.C. § 1782: (i) authorizing the Applicant to serve the subpoena attached as Appendix 1 to the Proposed Order on the following parties: Continental Stock Transfer & Trust Company, Morgan Stanley & Co. LLC, E*Trade Securities LLC, and Computershare Inc. ("Respondents") and (ii) ordering Respondents to preserve and produce the documents responsive to the applicable subpoena in their possession, custody, and control.

For the reasons set forth in the Memorandum of Law, (i) this Petition meets each of Section 1782's statutory requirements, and (ii) all the discretionary factors that courts consider in deciding whether to authorize discovery under Section 1782 favor authorizing the discovery sought. The application should accordingly be granted.

Dated:  New York, New York
        January 30, 2026                         Respectfully submitted,

                                                 */s/ Todd S. Fishman*
                                                 Todd S. Fishman
                                                 K&L GATES LLP
                                                 599 Lexington Avenue
                                                 New York, New York 10022
                                                 Tel: (212) 536-3900
                                                 todd.fishman@klgates.com

                                                 *Attorneys for Applicant Yin Yen-Liang*