UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Ex Parte Application of<br>Yin Yen-Liang for an Order to Take<br>Discovery Pursuant to 28 U.S.C. § 1782 | Case No. |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Todd S. Fishman of K&L Gates LLP, a member of this Court in good standing, hereby enters an appearance as counsel for applicant Yin Yen-Liang in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
       January 30, 2026                         Respectfully submitted,

                                            */s/ Todd S. Fishman*
                                            Todd S. Fishman
                                            K&L GATES LLP
                                            599 Lexington Avenue
                                            New York, New York 10022
                                            Tel: (212) 536-3900
                                            todd.fishman@klgates.com

                                            *Attorneys for Applicant Yin Yen-Liang*